AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Benjamin Wilhite<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16-mj-015-DAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/3/2016__ in the county of __Lee__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 751(a) | On or about June 3, 2016, Benjamin Wilhite did escape from an institution or facility in which he was confined by the direction of the Attorney General following a felony conviction, in violation of Title 18 U.S.C. § 751(a). |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Korey Reichert, Deputy U.S. Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/6/16

_____
Judge's signature

City and state: Aberdeen, Mississippi

David Sanders, U.S. Magistrate Judge
Printed name and title