# AFFIDAVIT

Affiant, Korey A. Reichert, is a Criminal Investigator/Deputy U.S. Marshal with the United States Marshals Service, Northern District of Mississippi, Aberdeen division. Affiant has been employed as a Deputy U.S. Marshal for approximately 8.5 years and has over 15 years of law enforcement experience.

In 1988, Benjamin WILHITE was arrested by Federal Bureau of Investigations and convicted of kidnapping, interstate transport of a stolen vehicle, and possession of a firearm. WILHITE was sentenced to 17 years imprisonment.

In October of 2015, WILHITE was arrested for Parole Violation of the above mentioned underlying case and again sentenced to prison in the custody of the Federal Bureau of Prisons (BOP). WILHITE's parole date with the BOP was scheduled for June 22, 2016. During this sentence, WILHITE entered into a community based program agreement on March 21, 2016 and was subsequently assigned to the Tupelo Residential Reentry Program (Dismas Charities), Tupelo, MS to complete his sentence through this program. As part of the agreement, WILHITE signed acknowledging his obligation to remain confined at the center until his parole date where he would then report to the U.S. Probation Services, Northern District of Alabama, Birmingham Office.

On June 3, 2016 DUSM Reichert received notification from the BOP indicating WILHITE had been paced on escaped inmate status. Information received from the BOP and Dismas Charities indicated WILHITE had left the facility without authorization early in the morning of June 3, 2016 and had not reported as required, nor had been seen since. As of June 6, 2016 WILHITE has not returned to the center nor reported to any authorities and is considered an escaped Federal inmate.

Furthermore, it is believed that a contraband cellular telephone, in violation of BOP and Dismas policies, which was seized from WILHITE by Dismas Charities staff at approximately 2:15 A.M. on June 3, 2016 contains information which will aide in identifying WILHITE's location and provide information about his escape which occurred at approximately 4:45 A.M. June 3, 2016. The phone is a black in color Alcatel Onetouch smartphone, Model a462C, MEID DEC: 270113185013602075.

AFFIANT firmly believes that Benjamin tony WILHITE is in violation of 18 USC 751.

KOREY A. REICHERT, CIDUSM
United States Marshals Service
N/MS Aberdeen Division

SWORN TO BEFORE ME on this the 6th day of June, 2016.

DAVID SANDERS
U.S. MAGISTRATE JUDGE